FILED

NOV - 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALEZ MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   Armand D. Roth
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Armand.Roth@ssa.gov

8  Attorneys for Plaintiff

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                  **SACRAMENTO DIVISION**

12

13  DEBORAH A. SIEGEL,            )
                                  )   CIVIL NO. 2:08-CV-00801 GGH
14         Plaintiff,             )
                                  )   STIPULATION AND
15         v.                     )   ORDER SETTLING ATTORNEY'S
                                  )   FEES PURSUANT TO THE EQUAL
16  Michael J. Astrue[1],         )   ACCESS TO JUSTICE ACT (EAJA)
    Commissioner of               )
17  Social Security,              )
                                  )
18         Defendant.             )
                                  )
19  _____  )

20      It is stipulated by the parties through their undersigned counsel, with the

21  Court's approval, that counsel for Plaintiff be awarded attorney's fees under the

22  Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND EIGHT

23  _____

24      [1]Michael J. Astrue became the Commissioner of Social Security on
    February 12, 2007. Pursuant to Rule 25(d)(1) of Federal Rules of Civil
25  Procedure, Michael J. Astrue should, therefore, be substituted for **[Commissioner
26  Jo Anne B. Barnhart] [Acting Commissioner Linda S. McMahon]** as the
    Defendant in this suit. No further action need be taken to continue this suit by
27  reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C.
28  section 405(g).

                                    1

1 HUNDRED and NO CENTS DOLLARS ($4,800.00), for compensation for legal
2 services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. section 2412(d),
3 thereby constituting a compromise settlement for all fees under the EAJA in this
4 action, but not constituting any admission of Defendant's liability under the EAJA
5 in this action.

6     Payment of fees in the amount of FOUR THOUSAND EIGHT HUNDRED
7 and NO CENTS DOLLARS ($4,800.00) shall constitute a complete release from
8 and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in
9 connection with this action, without prejudice to any future request for fees under
10 the Social Security Act, 42 U.S.C. section 406(b). Pursuant to Plaintiff's
11 agreement to assign the attorney's fees under the Equal Access to Justice Act to
12 her counsel, dated October 10, 2009, the attorney's fees in the amount of FOUR
13 THOUSAND EIGHT HUNDRED and NO CENTS DOLLARS ($4,800.00) shall
14 be sent directly to counsel for Plaintiff in this case.

16                           Respectfully Submitted,

18 Dated: October 11, 2009        / s / John V. Johnson
19                                          (As authorized
                                         johnvjohnson@sbcglobal.net
20                                          John V. Johnson
                                         Attorney for Plaintiff

21                                          McGREGOR W. SCOTT
                                         United States Attorney
22                                          LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
23                                          Social Security Administration

25                                          / s / Armand D . Roth
                                         ARMAND D. ROTH
26                                          Special Assistant U.S. Attorney

27                                          Attorneys for Defendant

28

1 **ORDER**

2 APPROVED AND SO ORDERED.

4 Dated: Nov. 3, 2009

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

3